# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| Mitchell Marbury | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| CORRECTIONAL OFFICERS YOUNG SNELSON and GADSON | ) Case No. 2:11-cv-03652-VEH-RRA ) ) ) ) |
| Defendants | ) ) |

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County, and State of Alabama, personally appeared one Roderick Gadson being known to me and by me first duly sworn, deposes and says on oath as follows:

My name is Roderick Gadson, and I am employed as a Correctional Officer, with the Alabama Department of Corrections, at the William E. Donaldson Correctional Facility, Bessemer, Alabama. I am over twenty-one (21) years of age.

I, Correctional Officer Roderick Gadson, have no knowledge of this incident.



EXHIBIT A

_Roderick Gadson_
Roderick Gadson, Correctional Officer

SWORN TO AND SUBSCRIBED before me this 26th day of June, 2012.

_Crystal Bostick Harrell_
NOTARY PUBLIC
MY COMMISSION EXPIRES Nov. 2, 2015